Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

MICHAEL A. YOSHIDA      2559-0
may@hawaiilawyer.com
ROSS UEHARA-TILTON      10743-0
rut@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Phone: (808) 531-8031 | Fax: (808) 533-2242

DAN S. IKEHARA, PLLC
DAN S. IKEHARA      4242-0
DSIkehara@aol.com
P.O. Box 509
Woodinville, WA 98072
Phone: (808) 485-1420 | Fax: (425) 274-7333

Attorneys for Creditor
CAROLYN P. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>DWAYNE KEITH MENDOZA and<br>NILA TADENA MENDOZA,<br><br>    Debtors. | CASE NO. 18-01453<br>(Chapter 13)<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICE |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

421017

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF HAWAII, THE DEBTOR, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that Priority Creditor CAROLYN P. MENDOZA hereby appears in this case, by and through its undersigned attorneys, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given and all papers served or required to be served in this proceeding be also given and served, whether electronically or otherwise, pursuant to Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, as follows:

| | |
|---|---|
| MICHAEL A. YOSHIDA<br>may@hawaiilawyer.com<br>ROSS UEHARA-TILTON<br>rut@hawaiilawyer.com<br>1003 Bishop Street, Suite 1600<br>Honolulu, HI 96813 | DAN S. IKEHARA<br>DSIkehara@aol.com<br>P.O. Box 509<br>Woodinville, WA 98072 |

[Signatures on following page]

Dated: Honolulu, Hawaii, February 11, 2019.

DAMON KEY LEONG KUPCHAK HASTERT

_____/s/ ROSS UEHARA-TILTON_____
MICHAEL A. YOSHIDA
ROSS UEHARA-TILTON

DAN S. IKEHARA, PLLC

_____/s/     Dan S. Ikehara_____
DAN S. IKEHARA

Attorneys for Priority Creditor
CAROLYN P. MENDOZA

_____
In re Mendoza; Case No. 18-01453; Notice of Appearance and Request for Notice

-3-