H9013-3B (3/16)

Filer's Name, Address, Phone, email:

MICHAEL A. YOSHIDA #2559
ROSS UEHARA-TILTON #10743
DAMON KEY LEONG KUPCHAK HASTERT
1003 Bishop St Ste 1600
Honolulu HI 96813
Tel: (808) 531-8031; Fax: (808) 533-2242
may@hawaiilawyer.com; rut@hawaiilawyer.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): DWAYNE KEITH MENDOZA<br>NILA TADENA MENDOZA | Case No.: 18-01453<br>Related Docket No.: 17, 18 |
|---|---|

**CERTIFICATE OF SERVICE**

| Document(s) served:<br>[17] Motion to Confirm Absence of Stay and attachments<br>[18] Notice of Hearing | Date served:<br>02/13/2019 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>  Email address if served via ECF or<br>  Fax number if served by fax | See attached list. | |
|---|---|---|
| | | |
| | | |

| Dated:<br>02/13/2019 | /s/ ROSS UEHARA-TILTON<br>*[Print name and sign]* |
|---|---|

**Via CM/ECF:**

W. Richard Abelmann, Esq. and Lars Peterson, Esq. on behalf of Debtors Dwayne Keith Mendoza and Nila Tadena Mendoza
rick@abelmannlaw.com, makana@abelmannlaw.com; lars@abelmannlaw.com; alexandra@abelmannlaw.com; raquel@abelmannlaw.com; lisa@abelmannlaw.com; abelmannpetersonlllc@jubileebk.net; staff@abelmannlaw.com

Karyn A. Doi, Esq. on behalf of Creditor Manufacturers and Traders Trust Company
karyn@leu-okuda.com, lisa@leu-okuda.com

Howard M.S. Hu, Chapter 13 Trustee
Ch13mail@aol.com, hhu1h13@ecf.epiqsystems.com

Office of the U.S. Trustee.
ustpregion15.hi.ecf@usdoj.gov

**Via U.S. Mail:**

AOAO Waipio Garden Apartments
c/o Ekimoto & Morris
888 Mililani St. 2nd Floor
Honolulu, HI 96813

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083

Chex Systems Inc.
ATTN Consumer Relations
7805 Hudson Rd. Ste. 100
Saint Paul, MN 55125

Department of Taxation
State of Hawaii
Attn: Bankruptcy Unit
P.O. Box 259

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Pearlridge Square Community Association
c/o Cadmus Properties Corporation
332 North School Street
Honolulu, HI 96817

PRA Receivables Mgmt, LLC
PO Box 41021
Norfolk, VA 23541

State of Hawaii - Unemployment Insurance Division
830 Punchbowl St. Rm 110
Honolulu, HI 96813

Telecheck
5565 Glenridge Connector, N.E.
Atlanta, GA 30342