Local Form H30153d (05/17)

| Information to identify the case: | |
|---|---|
| Debtor 1 **Dwayne Keith Mendoza** <br> Name | United States Bankruptcy Court <br> District of Hawaii |
| Debtor 2 **Nila Tadena Mendoza** <br> (Spouse, if filing) Name | Case number: **18–01453** <br> Chapter: **13** |

# ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

After notice and a hearing, and for the reasons stated on the record in accordance with Bankruptcy Rule 7052, the objection to the chapter 13 plan is sustained and the debtor's plan is denied confirmation.

Pursuant to LBR 3015–3(d), this case will be dismissed without further notice unless, within 14 days after the entry of this order, the debtor files an amended plan or requests conversion of this case to another chapter of the Bankruptcy Code.

**SO ORDERED.**

Date: April 3, 2019

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

**Robert J. Faris**
United States Bankruptcy Judge