| *Filer's Name, Address, Phone, Fax, Email:*<br>Abelmann Peterson LLLC<br>W. Richard Abelmann 9158<br>Lars Peterson 8604<br>677 Ala Moana Blvd Ste 1009<br>Honolulu, HI 96813<br>T: 808.589.1010 F: 888.797.7471<br>E: lars@abelmannlaw.com \| rick@abelmannlaw.com | <br>**UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII**<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |
|---|---|

hib_2083-1b (12/09)

| *Debtor:* Dwayne Keith Mendoza | *Case No.:* **18-01453** |
|---|---|
| *Joint Debtor:*<br>  *(if any)* | Chapter 13 |

### DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE
[*Use this form only if the bankruptcy petition was filed originally under chapter 13.*
*Do not use this form if the case has been converted from chapter 7, 11, or 12.*]

Whereas this case has not been converted to a chapter 13 case under 11 U.S.C. § 706, 1112, or 1208, the undersigned hereby requests an order dismissing this case.

This Motion is filed by original Debtor Dwayne Mendoza only. The former joint debtor and now only remaining debtor in this case, Nila Tadena Mendoza, remains in this chapter 13 bankruptcy case.

/s/Lars Peterson_____  /s/_____
   Debtor/Attorney                                                    Joint Debtor/Attorney

   Dated: 6.6.2019_____        Dated: _____