Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

MICHAEL A. YOSHIDA          2559-0
may@hawaiilawyer.com
ROSS UEHARA-TILTON          10743-0
rut@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Phone: (808) 531-8031 | Fax: (808) 533-2242

DAN S. IKEHARA, PLLC
DAN S. IKEHARA               4242-0
DSIkehara@aol.com
P.O. Box 509
Woodinville, WA 98072
Phone: (808) 485-1420 | Fax: (425) 274-7333

Attorneys for Creditor
CAROLYN P. MENDOZA

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>DWAYNE KEITH MENDOZA and<br>NILA TADENA MENDOZA,<br><br>          Debtors. | CASE NO. 18-01453<br>(Chapter 13)<br><br>CREDITOR CAROLYN P.<br>MENDOZA'S NOTICE OF<br>WITHDRAWAL OF OBJECTION<br>TO CONFIRMATION OF<br>CHAPTER 13 PLAN |

**CREDITOR CAROLYN P. MENDOZA'S NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

In light of the Court's entry of the *Order Granting Motion to Confirm Absence of Stay* (Dkt. No. 24), the dismissal of DWAYNE K. MENDOZA as a debtor (Dkt. No. 37), and the Family Court's orders as set forth in the *Memorandum Re: Status of Family Court Proceedings* (Dkt. No. 40), Carolyn intends to withdraw her *Objection to Chapter 13 Plan* (Dkt. No. 31), and does not intend to appear at the upcoming continued confirmation hearing.

Dated: Honolulu, Hawaii, June 19, 2019.

DAMON KEY LEONG KUPCHAK HASTERT


_____/s/ ROSS UEHARA-TILTON_____
MICHAEL A. YOSHIDA
ROSS UEHARA-TILTON

Attorneys for Creditor
CAROLYN P. MENDOZA

---

*In re Mendoza*; Case No. 18-01453; *Creditor Carolyn P. Mendoza's Notice of Withdrawal of Objection to Confirmation of Chapter 13 Plan*

U.S. Bankruptcy Court - Hawaii   #18-01453   Dkt # 41   Filed  06/19/19   Page 2 of 2